■ In the Matter of GIUSEPPE CUCCIA, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Appeal by the State Rent Administrator from an order which annulled his determination denying decontrol and directed him to declare that the subject premises are decontrolled. Order reversed, with costs, and proceeding dismissed, without costs. In our opinion, the State Rent Administrator's finding that the subject structure was one four-family house, rather than two two-family houses, was supported by substantial evidence and had a rational basis (cf. *Matter of Bobal Holding Corp.* v. *McGoldrick,* 285 App. Div. 1177; *Matter of Castleton Estates* v. *Abrams,* 1 A D 2d 390). Consequently, his determination may not be disturbed by the courts (*Matter of Park East Land Corp.* v. *Finkelstein,* 299 N. Y. 70, 75; *Matter of Avon Bar & Grill* v. *O'Connell,* 301 N. Y. 150, 153; *Matter of Bosco* v. *Weaver,* 5 A D 2d 879). Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of FREDERICKA A. JUAREZ, by Her Guardian ad Litem JEAN L. INGRAM, Appellant. GREGG G. JUAREZ, Respondent.— Appeal from so much of an order entered July 28, 1959 as (1) adjudged appellant in contempt and punished her for failure to deliver her infant daughter to respondent, the infant's father, on June 15, 1959, as required by an order entered July 23, 1958, and (2) as denied appellant's motion to dismiss the proceeding. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Temporary Administrator of the Estate of HYMAN MEERBAUM, Deceased. In the Matter of the Intermediate Accounting of TILLIE R. MEERBAUM et al., as Administrators of the Estate of HYMAN MEERBAUM, Deceased. JOSEF MEERBAUM, Appellant; ROTHSTEIN & KORZENIK, Respondent.— Appeal from an order of the Surrogate's Court, Kings County, denying appellant's motion for an order to withdraw a prior motion to substitute attorneys. Order affirmed, with $10 costs and disbursements, payable by appellant personally. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.